# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NEAL WAYNE LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-3493-WBV-KWR** |
| **BP EXPLORATION & PRODUCTION, INC. AND BP AMERICA PRODUCTION COMPANY** | **SECTION D(4)** |

## ORDER

Considering the Stipulation of Dismissal With Prejudice (R. Doc. 21),

**IT IS HEREBY ORDERED** that Plaintiff Neal Wayne Lewis' claims against Defendants BP Exploration & Production, Inc. and BP America Production Company are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this the 14th day of January, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**